U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 2 4 2013

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| MANIDRELL SMITH | CIVIL ACTION NO. 6:13-cv-0619 |
| VS. | SECTION P |
| STAFF ST. MARY PARISH LAW ENFORCEMENT CENTER, HELLINGERS NATION, HELLINGERS MAFIA, AND THE ST. MARY PARISH SHERIFF'S DEPARTMENT | JUDGE RICHARD T. HAIK, SR.<br><br>MAGISTRATE JUDGE C. MICHAEL HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITH PREJUDICE** as frivolous.

**The Clerk of Court is directed to send a copy of this Judgment to the Keeper of the Three Strikes List, Tyler, Texas.**

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this 23rd day of July, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE